COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:        01-13-00977-CV

Style:                    Taj Mohammed v. D. 1050 W. Rankin, Inc.

Date motion filed:    December 17, 2013

Type of Motion:      Objection to Mediation

Party filing motion:  Appellee


It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated December 6, 2013.

Judge's signature:  /s/  Jane Bland
                    x   Acting individually


Date:  December 19, 2013

\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).